RECEIVED
FEB 13 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ANTOINE HILL-EL | CASE NO. 18-CV-1411 |
| -vs- | JUDGE DRELL |
| CALVIN JOHNSON | MAG. JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record including the objections filed by Plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Plaintiff's claims are DENIED and DISMISSED under §§ 1915(e)(2)(b) and 1915A, with prejudice to being asserted again until the conditions set forth in Heck v. Humphrey, 512 U.S. 477 (1994), have been met. See DeLeon v. City of Corpus Christi, 488 F.3d 649, 657 (5th Cir. 2007).

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 12th day of FEBRUARY, 2018.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT JUDGE